HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEO WARPALA,

          Plaintiff,

    v.

LONGVIEW FIBRE COMPANY,

          Defendant.

Case No. C05-5337 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Summary Judgment [Dkt. #23].

Having considered the entirety of the records and file herein, the Court rules as follows:

Defendant filed a Motion for Summary Judgment and properly noted it for August 18, 2006. Pursuant to Rule 7(d)(3), Local Rules W.D. Wash., plaintiff's opposition papers were due to be filed and served no later than August 14, 2006. To date, no opposition papers have been filed. Under Rule 7(b)(2), Local Rules W.D. Wash., plaintiff's failure to file opposition papers "may be considered by the court as an admission that the motion has merit[ ]" and may result in the granting of the motion.

Plaintiff is proceeding pro se. Therefore, the Court will advise plaintiff of his obligations under the Local Rules to file an opposition brief and any affidavits or declarations he may produce in order to meet defendant's motion. This will be the only advice plaintiff will receive from this Court. Plaintiff shall file and serve his opposition papers on or before September 18, 2006 and the defendant's motion will be re-noted for

ORDER
Page - 1

September 22, 2006.  **The plaintiff is warned that the failure to file and serve his opposition papers on or before September 18, 2006 will result in the granting of defendant's motion and the dismissal of plaintiff's complaint.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 7th day of September, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE