AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

LEO WARPALA
    v.
LONGVIEW FIBRE COMPANY    CASE NUMBER: C05-5337RBL


[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED


Defendant's Motion for Summary Judgment is GRANTED.  Plaintiff's Claims are DISMISSED.




*DATED:*   December 4, 2006


                                  BRUCE  RIFKIN
                              *Clerk*


                                /s/   Jean Boring
                              *(By) Deputy Clerk*, Jean Boring